No. 925. HEUER *v.* CRESCENT RIVER PORT PILOTS ASSOCIATION. Petition for writ of certiorari to the Supreme Court of Louisiana and for other relief denied. *Janet Mary Riley* for petitioner. *Peter H. Beer* for respondent.

No. 958. PAUL REVERE LIFE INSURANCE Co. *v.* FIRST NATIONAL BANK IN DALLAS, ADMINISTRATOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William D. Neary* and *Orville F. Grahame* for petitioner. *Robert A. Fanning* for respondent.

No. 991. SPINELLI *v.* ISTHMIAN STEAMSHIP CO. ET AL. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Nathan Baker* for petitioner. *Robert P. Hart* for Isthmian Steamship Co., and *Sidney A. Schwartz* and *Joseph Arthur Cohen* for International Terminal Operating Co., Inc., respondents.

No. 844, Misc. SAUNDERS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George W. Shadoan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 944, Misc. WILLIAMS *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Bernard J. Haugen* for respondent.